UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANNA KAMBOURIS,
                        Plaintiff,

v.

WESTCHESTER COUNTY HEALTH CARE
CORPORATION, WESTCHESTER
MEDICAL CENTER, and BARBARA
ESPOSITO,
                        Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 9341 (VB)

      Defendants' motion to dismiss the second, fifth, and seventh causes of action in the Second Amended Complaint pursuant to Rule 12(b)(6) (Doc. #53) is GRANTED IN PART and DENIED IN PART. Specifically, defendants' motion to dismiss the second and fifth causes of action is DENIED and defendants' motion to dismiss the seventh cause of action is GRANTED.

      A case management conference is scheduled for **July 15, 2022, at 3:30 p.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision. This conference will also serve as an initial conference in this matter, for which the Court will separately issue a Notice of Initial Conference. The conference will take place in Courtroom 620 at the White Plains courthouse.

      Defendants shall file their answer by July 1, 2022.

      The Clerk is instructed to terminate the motion. (Doc. #53).

Dated: June 17, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge